**E-Filed 6/18/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELISE STASSART,<br><br>                    Plaintiff,<br><br>          v.<br><br>LAKESIDE JOINT SCHOOL DISTRICT, et al.,<br><br>                    Defendants. | Case Number C 09-1131 JF (HRL)<br><br>**ORDER[1] RE TIME FOR RESPONDING TO AMENDED COMPLAINT**<br><br>Re. docket no. 11 |

On June 15, 2009, this Court granted Plaintiff leave to amend her complaint. Accordingly, Defendants need not respond to Plaintiff's original complaint. The time for responding to Plaintiff's amended complaint shall be the ordinary time provided by the Federal Rules of Civil Procedure, calculated from the date on which the amended complaint is filed.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

1
2   DATED: 6/18/09
3
4   _____
    JEREMY FOGEL
    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   This Order has been served upon the following persons:

2

3   Elise Stassart
  21951 Bear Creek Way
4   Los Gatos, CA 95033

5   Isaiah Stassart
  21951 Bear Creek Way
6   Los Gatos, CA 95033

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1131 JF (HRL)
ORDER RE TIME FOR RESPONDING TO AMENDED COMPLAINT
(JFLC3)