**E-Filed 9/1/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ELISE STASSART,<br><br>               Plaintiff,<br><br>               v.<br><br>LAKESIDE JOINT SCHOOL DISTRICT, et al.,<br><br>               Defendants. | Case Number C 09-1131 JF (HRL)<br><br>**ORDER[1] GRANTING PARTIES' REQUEST TO DETERMINE MOTION ON THE PAPERS**<br><br>Re. docket no. 38 |

Defendants Laura Gutierrez and the Office of Administrative hearings (OAH) have moved to dismiss Plaintiff's complaint as it pertains to them. Pursuant to the agreement of the parties and the Court's discretion under Local Rule 7-1(b), the Court will take the motion under submission without oral argument.  *See* Civ. L.R. 7-1(b).

//

//

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1131 JF (HRL)
ORDER GRANTING PARTIES' REQUEST TO DETERMINE MOTION ON THE PAPERS
(JFLC3)

1
2   **IT IS SO ORDERED.**

3   DATED: 9/1/09

4
5                              _____
                               JEREMY FOGEL
                               United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 09-1131 JF (HRL)
ORDER GRANTING PARTIES' REQUEST TO DETERMINE MOTION ON THE PAPERS
(JFLC3)

1  This Order has been served upon the following persons:

2  Douglas Neil Freifeld dfreifeld@fagenfriedman.com

3  Elise Stassart elise_moss@yahoo.com

4  Gregory J. Rousseve groussev@cde.ca.gov, MReed@cde.ca.gov

5  Katherine A. Alberts albertsk@stubbsleone.com, suttonk@stubbsleone.com

6  Tamar Pachter Tamar.Pachter@doj.ca.gov

7

8

...

28

3

Case No. C 09-1131 JF (HRL)
ORDER GRANTING PARTIES' REQUEST TO DETERMINE MOTION ON THE PAPERS
(JFLC3)