LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601

Attorneys for Defendant
RICHARD WHITMORE

**E-Filed 2/16/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAIAH STASSART by ELISE STASSART, Guardian ad Litem,

Plaintiffs,

vs.

BOB CHRISMAN, Superintendent, and LAKESIDE JOINT SCHOOL DISTRICT, and JACK O'CONNELL, State Superintendent California Department of Education, and LAURA GUTIERREZ, Office of Administrative Hearing, and CHARLES WEIS, Santa Clara Office of Education, and JOANNA VANDERMOLEN, Superintendent, Campbell Elementary Union School District, and RICHARD WHITMORE, Superintendent, LOS GATOS UNION SCHOOL DISTRICT,

Defendants.

**Case No.: C09 01131 JF HRL**

**~~[PROPOSED]~~ JUDGMENT IN FAVOR OF DEFENDANT RICHARD WHITMORE**

WHEREAS Plaintiff Elise Stassart filed a First Amended Complaint on June 23, 2009;

WHEREAS Defendant Richard Whitmore moved to dismiss the First Amended Complaint;

WHEREAS by Order dated September 29, 2009, the Court granted Defendant Richard Whitmore's Motion to Dismiss with leave to amend;

WHEREAS on October 4, 2009, Plaintiff Elise Stassart filed her Second Amended Complaint and did not name or state a cause of action against Defendant Richard Whitmore;

WHEREAS Plaintiff's failure to amend her complaint against Defendant Richard Whitmore results in a dismissal of all claims against Defendant Whitmore with prejudice;

Now therefore, JUDGMENT IS HEREBY ENTERED in favor of Defendant Whitmore against Plaintiff Elise Stassart.

Dated: 2/16/2010

Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE