Elise Stassart, *pro se*
elise_moss@yahoo.com
21951 Bear Creek Way
Los Gatos, CA  95033
Phone:  408-655-4710
Fax:  408-834-7803

Douglas N. Freifeld, SBN 114804
dfreifeld@fagenfriedman.com
Melissa L. Phung, SBN 257813
mphung@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California  94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for LAKESIDE JOINT SCHOOL
DISTRICT and BOB CHRISMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELISE STASSART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAKESIDE JOINT SCHOOL DISTRICT & BOB CHRISMAN, LJESD SUPERINTENDENT,<br><br>　　　　Respondent. | CASE NO. C09-01131-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ALTERNATIVE DISPUTE RESOLUTION REFERRAL** |

**SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

WHEREAS, on January 8, 2010, the Court referred the present matter for settlement conference to a magistrate judge;

WHEREAS, on February 25, 2010, the Court specified to the parties that the settlement conference would be referred to Magistrate Judge Maria-Elena James of the Northern District of California, San Francisco division;

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1  WHEREAS, of the weekly schedule Magistrate Judge James has for settlement
2  conferences, only Wednesday mornings are available for Plaintiff;
3  WHEREAS, on March 2, 2010, Magistrate Judge James's clerk indicated that the next
4  available Wednesday morning is April 21, 2010;
5  WHEREAS, the Court had issued an order on February 22, 2010, continuing a previously
6  scheduled case management conference to April 23, 2010;
7  WHEREFORE, it is hereby stipulated and agreed, by and between the parties, that the
8  parties will meet before Magistrate Judge James, in Courtroom B, 15th Floor, located at 450
9  Golden Gate Ave., San Francisco, CA 94102, at 10 a.m. on April 21, 2010, for a settlement
10 conference pursuant to the Northern District of California Alternative Dispute Resolution
11 program.
12 WHEREFORE, it is further stipulated and agreed, by and between the parties, that the
13 April 23, 2010 case management conference, scheduled only two days after the April 21, 2010
14 settlement conference, be continued at a later date to accommodate and facilitate settlement
15 discussions between the parties.

16 DATED: March 4, 2010    PLAINTIFF ELISE STASSART

18                          By: /s/ Elise Stassart
                                Elise Stassart, *pro se*

20 DATED: March 4, 2010    FAGEN FRIEDMAN & FULFROST, LLP

22                          By: /s/ Douglas N. Freifeld
23                              Douglas N. Freifeld
                                Attorneys for LAKESIDE JOINT SCHOOL
24                              DISTRICT and BOB CHRISMAN

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation of the parties, that the parties will meet for a settlement conference, pursuant to the Northern District of California Alternative Dispute Resolution program, at 10 a.m. on April 21, 2010, before Magistrate Judge Maria-Elena James in Courtroom B, 15th Floor, located at 450 Golden Gate Ave., San Francisco, CA 94102.

IT IS FURTHER ORDERED, pursuant to the above Stipulation of the parties, that the April 23, 2010 case management conference be continued to accommodate and facilitate settlement discussions between the parties, at the settlement conference scheduled for April 21, 2010, to a date to be determined by the Court. The case management conference is continued to May 7, 2010.

DATED: 3/4/10

Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211