1

2          **E-Filed 4/21/10**

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11

12   ISAIAH STASSART, et al.,              Case Number C 09-1131 JF (HRL)

13                  Plaintiffs,            ORDER OF DISMISSAL

14          v.

15   BOB CHRISMAN, et al.,

16                  Defendants.

17

18          The Court has been advised that the parties have agreed to a settlement of this case.

19          IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any

20   party notifies the Court within sixty days of the date of this order that the agreed consideration

21   for said settlement has not been delivered, this order will be vacated and the case will be restored

22   to the calendar to be set for trial.

23          All hearings and/or trial dates set in this matter are VACATED.

24

25   Dated:  4/21/10

26                                          JEREMY FOGEL
                                            United States District Judge

27   Case No. C 09-1131 JF (HRL)
     ORDER OF DISMISSAL

28   (JFLC2)